THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MIGUEL ALEMANY, Respondent.

Submitted September 28, 2009; decided October 20, 2009

Reported below, 56 AD3d 251.

Motion to strike granted and the material contained in appellant's brief and reply brief to which objection is taken is deemed stricken.

Chief Judge LIPPMAN taking no part.